Guy D. Knoller - #002803
Law Offices of Guy David Knoller, P.L.L.C.
7321 N. 16th Street
Phoenix, Arizona 85020
(602) 254-6044
E-Mail: guydknoller@gmail.com

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| MICHELLE LECHNER, | No. |
|---|---|
| Plaintiff, | **COMPLAINT** |
| vs. | |
| PATRICIA BOYCE AGENCY, INC.; PATRICIA BOYCE, | |
| Defendants. | |

Plaintiff alleges as follows:

**FIRST CLAIM FOR RELIEF**
(Fair Labor Standards Act)

1. Plaintiff is a resident of Maricopa County, Arizona.

2. Defendant Patricia Boyce Agency, Inc., (hereinafter referred to as "PB"). is a corporation authorized to do business in Arizona.

3. Jurisdiction is based upon 29 U.S.C. §216(b), the Fair Labor Standards Act.

4. Plaintiff worked for Defendant for approximately 6 years ending December 17, 2017.

5. Defendant Patricia Boyce is a resident of Maricopa County, and is personally liable as an "employer" within the meaning of 29 U.S.C. §203, as she:

   a. acted directly for and on behalf of Defendant PB Agency;

   b. had the power and exercised the power to hire and fire;

   c. supervised workers and controlled the conditions of employment;

   d. maintained employment records; and,

   e. is the President, director and owner of Defendant PB Agency.

6. Plaintiff was not paid overtime, at the rate of one and one-half her hourly rate of pay (minimum wage) for all hours worked in excess of 40 each week.

7. Plaintiff worked approximately 1560 hours of overtime (and possibly more) (over 40 hours in one week) during her employment for which she was not paid at the rate of time and one-half.

8. Defendant's conduct was willful: Defendants knew or should have known Plaintiff was misclassified and not exempt under the FLSA; and, Defendants failed to make adequate inquiry into compliance with the FLSA.

9. Plaintiff is entitled to overtime at the rate of time and one-half for all hours worked in excess of 40 for each week.

10. Plaintiff is entitled to liquidated damages: double the amount due pursuant to 29 U.S.C. §216(b).

11. Plaintiff is entitled to attorneys' fees and costs pursuant to 29 U.S.C. §216(b).

12. Defendant also violated the record keeping requirements of the FLSA.

WHEREFORE Plaintiff requests judgment against Defendant for:

1. Damages for overtime pay with interest;

2. For liquidated damages;

3. For reasonable attorneys fees, which are mandatory, and costs incurred herein; and,

4. Such other relief that this Court deems appropriate.

## SECOND CLAIM FOR RELIEF
(Non-Payment of Wages)

1. The preceding allegations of the Complaint are incorporated by reference herein.

2. Plaintiff has not been paid all wages due her for the 1 year preceding the filing of this Complaint.

3. Defendant PB violated A.R.S. §23-350 *et seq.* by not paying Plaintiff the wages due her:

    a. pay at the rate of time and one-half for hours worked in excess of 40 in one week (which is estimated to be approximately 520 hours of time over 40 in a week); and,

    b. vacation pay of 95.75 hours at the rate of $25/hour.

4. Plaintiff is entitled to treble damages pursuant to A.R.S. §23-355.

WHEREFORE Plaintiff requests:

1. Damages in an amount to be proven at trial, together with interest thereon from the date of delinquency until paid.

2. For reasonable attorneys fees and costs.

3. For treble damages.

4. For such other relief as this Court deems appropriate.

DATED this 22nd day of December 2017.

/s/ Guy D. Knoller
Guy D. Knoller
Attorney for Plaintiff